■ In the Matter of HENRY N.V., Respondent, v DAWN M.V., Appellant. [821 NYS2d 528]—Appeal from an order of the Family Court, Oneida County (Bernadette T. Romano, J.), entered August 1, 2005 in a proceeding pursuant to Family Court Act article 6. The order, among other things, adjudged that respondent willfully violated a visitation order.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs as moot (*see Matter of Kenyon v Kenyon*, 266 AD2d 746 [1999]). Present—Scudder, J.P., Kehoe, Gorski, Smith and Pine, JJ.

■ MARLY MILLARD, Plaintiff, v ALLIANCE LAUNDRY SYSTEMS, LLC, et al., Defendants. USA CLEAN, Improperly Sued as USA CLEAN, Formerly Known as FRONTIER SUPPLY & EQUIPMENT, Third-Party Plaintiff, v TRAMZ HOTELS, INC., Doing Business as HOLIDAY INN et al., Third-Party Defendants. ALLIANCE LAUNDRY SYSTEMS, LLC, Third-Party Plaintiff-Respondent, v TRAMZ HOTELS, INC., Doing Business as HOLIDAY INN, Third-Party Defendant, and FRONTIER ALKALI CORP., Doing Business as FRONTIER SUPPLY & EQUIPMENT, Renamed GARY H., INC., Third-Party Defendant-Appellant. [821 NYS2d 529]—Appeal from an order of the Supreme Court, Onondaga County (Anthony J. Paris, J.), entered May 5, 2005. The order denied the cross motion of third-party defendant Frontier Alkali Corp., doing business as Frontier Supply & Equipment, renamed Gary H., Inc., for summary judgment on its indemnification claim against third-party plaintiff Alliance Laundry Systems, LLC.

Now, upon reading and filing the stipulation withdrawing appeal signed by the attorneys for the parties on August 25 and 30, 2006,

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs upon stipulation. Present—Scudder, J.P., Kehoe, Gorski, Smith and Pine, JJ.